**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JAMES D. SCHNELLER, | : No. 420 MAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| AMERICAN INTERNATIONAL GROUP, INC., | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 21st day of October, 2014, the Motion to Reply to New Matter in Answer of Respondent, the Application to Proceed In Forma Pauperis, and the Petition for Allowance of Appeal are **DENIED**.